UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:06-CR-00291-PMP-LRL |
| | ) | |
| v. | ) | |
| | ) | |
| LONNIE LILLARD, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

On February 9, 2007, the Honorable Lawrence R. Leavitt entered a Report and Recommendation (#45) recommending the denial of Defendant's proper person Motion to Dismiss Indictment and Complaint as a Result of Failure to State Offense and Post-Accusatory Delay (#38).  No Objections to the Magistrate Judge's Report and Recommendation were filed  in accordance with LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and LR IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendation (#45) is affirmed, and Defendants' Motion to Dismiss (#38) is denied.

DATED:  March 1, 2007

_____
PHILIP M. PRO
United States District Judge