# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-00291-PMP-LRL |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| LONNIE LILLARD, et al., | ) | |
| Defendant. | ) | |

Before the Court for consideration is Defendant Lonnie Lillard's Motion To Suppress Illegally and Unconstitutionally Seized Evidence and Fruits of the Poisonous Tree (Doc. #52). On July 6, 2007, the Honorable Lawrence R. Leavitt United States Magistrate Judge, entered a Report and Recommendation (Doc. #79) recommending that Defendant's Motion To Suppress Illegally and Unconstitutionally Seized Evidence and Fruits of the Poisonous Tree (Doc. #52) should be denied.

On July 16, 2007, Defendant Lillard's attorney John N. McNicholas filed Objections to Magistrate Judge Leavitt's Report and Recommendation (Doc. #84).

On July 24, 2007, Defendant Lonnie Lillard filed Objections to Magistrate's Report and Recommendation (Doc. #87).

/ / /

1  On August 1, 2007, Plaintiff United States of America filed a response (Doc. #88).

2  The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that Magistrate Judge Leavitt's Report of Findings and Recommendation (Doc. #79)  should be Affirmed.

IT IS THEREFORE ORDERED that Defendant Lonnie Lillard's, Motion To Suppress (Doc. #52) is DENIED.

DATED: October 17, 2007.

_____
PHILIP M. PRO
United States District Judge