# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>Lonnie Lillard,<br><br>              Defendant. | 2:06-CR-00291-PMP-LRL<br><br>**ORDER** |

**IT IS ORDERED** that Defendant Lonnie Lillard's Motion for Alternation or Amendment of Attached Order (Doc. #230), filed on June 8, 2010, is **DENIED**.

DATED: June 29, 2010.

_____
PHILIP M. PRO
United States District Judge