# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>  Plaintiff,<br><br>vs.<br><br>Lonnie Lillard<br><br>  Defendant. | District No.    2:06-CR-291-PMP-LRL |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On August 19, 2010, this court received a transcript order dated August 13, 2010, requesting transcripts of a hearing held on December 19, 2007, from Mr. Lonnie Lillard, defendant, in which **portions** of the **hearing was sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed by the Clerk for the limited purpose of providing a copy of the transcript as requested by Mr. Lillard.

**IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed by the Clerk, and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 27 day of Augsut, 2010.

_____
Philip M. Pro
United States District Judge