**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-00291-PMP-LRL |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| Lonnie Lillard, ) | |
| Defendant. ) | |

Before the Court for consideration is Defendant/Petitioner Lonnie Lillard's Motion for Recusal Pursuant to 28 U.S.C. Sections 144 and 455 (Doc. #285) filed February 24, 2012.

Undoubtedly, the adverse rulings cited by Defendant Lillard in his motion are a source of disappointment and frustration. The situation is complicated further by the fact that Defendant Lillard is a Defendant in two other cases before the undersigned, 2:10-cv-00156-PMP and 2:08-cv-00679-PMP. Nevertheless, the adverse rulings cited by Defendant Lillard as a basis for his Motion for Recusal do not warrant the relief requested. Additionally, the Court hereby notifies Mr. Lillard that the Honorable Lawrence R. Leavitt, United States District Judge, has retired from the Court effective October 2011 and is no longer assigned to any of Defendant Lillard's cases.

///

1   **IT IS THEREFORE ORDERED** that Defendant Lonnie Lillard's Motion
2   for Recusal Pursuant to 28 U.S.C. Sections 144 and 455 (Doc. #285) is **DENIED**.

4   DATED: February 27, 2012.

_____
PHILIP M. PRO
United States District Judge