UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

```
FILED ___    ___ RECEIVED
ENTERED ___    ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

        JAN 2 3 2017

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LONNIE LILLARD | ) |
| | ) |
| Defendant. | ) |

2:06-CR-291-PMP-LRL

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#215) on February 4, 2010.   Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.   Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CHASE PAYMENTECH SOLUTIONS LLC
Amount of Restitution: $675,571.35

**Total Amount of Restitution ordered:  $675,571.35****

**Joint and Several with co-defendants Dennis Bryant and Bryon Brown

Dated this _____23_____ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE