UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-CR-291-PMP-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LONNIE LILLARD ) | |
| ) | |
| Defendant. ) | |

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 23 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#215) on February 4, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CHASE PAYMENTECH SOLUTIONS LLC
Amount of Restitution: $675,571.35

**Total Amount of Restitution ordered:  $675,571.35\*\***

\*\*Joint and Several with co-defendants Dennis Bryant and Bryon Brown

Dated this ____23____ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE