**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

United States of America,

               Plaintiff

   v.

Lonnie Lillard,

               Defendant

Case No. 2:06-cr-00291-CDS-LRL

**Order Denying Certificate of Appealability**

Defendant Lonnie Lillard petitioned for writ of error coram nobis or motion to vacate judgment. Pet., ECF No. 317. Finding that Lillard failed to meet the requirements of bringing a successful coram nobis claim, I denied his petition for writ of error coram nobis.[1] Order, ECF No. 327. Lillard has appealed that decision to the Ninth Circuit. Appeal, ECF No. 328. Although Lillard brought his claims in a coram nobis petition, a certificate of appealability is required where a petition attacks the petitioner's conviction or sentence. ECF No. 330 (citing *Porter v. Adams*, 244 F.3d 1006, 1007 (9th. Cir. 2001)).

Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue only when the petitioner "has made a substantial showing of the denial of a constitutional right." With respect to claims rejected on the merits, a petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Applying these standards, I decline to issue a certificate of appealability because reasonable jurists would not find the ruling debatable or wrong.

Dated: October 1, 2024

Cristina D. Silva
United States District Judge

---

[1] An inmate still in custody may not apply for coram nobis relief because the more usual remedy of a habeas petition is still available. *Matus-Leva v. United States*, 287 F.3d 758, 761 (9th Cir. 2002).